IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 DEC 26 AM 11:06

CLERK J. Hodge
SO. DIST. OF GA.

MARK INGRAM, Individually and \
as Personal Representative of \
the Estate of Kellie Ingram,

    Plaintiff,

    v.             CV 114-142

AAA COOPER TRANSPORTATION, \
INC.,

    Defendant.

# ORDER

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice. (Doc. 71.) Plaintiff represents that the Parties have resolved this matter. Moreover, minutes of a mediation held before Magistrate Judge Brian K. Epps confirm the case has settled. (Doc. 70.) Based on the foregoing, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of December, 2018.

_____ \
J. RANDAL HALL, CHIEF JUDGE \
UNITED STATES DISTRICT COURT \
SOUTHERN DISTRICT OF GEORGIA